## STATE OF CONNECTICUT *v.* WILLIAM T. EVANS
### (12547)

FOTI, LANDAU and CRETELLA, Js.

Argued April 28—decision released May 17, 1994

*Beth A. Hogan,* with whom, on the brief, was *Peter Scillieri,* assistant public defender, for the appellant (defendant).

*Kevin T. Kane,* assistant state's attorney, with whom, on the brief, was *C. Robert Satti, Sr.,* state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.